# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VAu 1-271-409**
Effective Date of Registration:
January 21, 2017

## Title

Title of Work: Cigar Photographs

## Completion/Publication

Year of Completion: 2017

## Author

- Author: Bryan Glynn
  Author Created: photograph
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1974

## Copyright Claimant

Copyright Claimant: Bryan Glynn
5318 Bob White Dr, Holiday, FL, 34690

## Rights and Permissions

Name: Bryan Glynn
Email: bryan@bgpictures.com
Telephone: (727)946-1000
Address: 5318 Bob White Dr
Holiday, FL 34690

## Certification

Name: Bryan E. Glynn
Date: January 21, 2017

---

Copyright Office notes: Basis for Registration: Unpublished collection