# Exhibit 2










