1  Jonah A. Grossbardt (State Bar No.: 283584)
   **SRIPLAW, P.A.**
2  1801 Century Park East
   Suite 1100
3  Los Angeles, CA  90067
   323.364.6565 – Telephone
4  561.404.4353 – Facsimile
   jonah.grossbardt@sriplaw.com
5
   Attorney for Plaintiff
6  BRYAN E. GLYNN

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  | BRYAN E. GLYNN, | Case No.:  2:18-cv-06774-VAP-SK |
|---|---|
| Plaintiff, | **MOTION FOR ENTRY OF CLERK'S DEFAULT** |
| v. |  |
| LA LOUNGE LLC |  |
| Defendant. |  |

16
        Plaintiff BRYAN E. GLYNN, by and through his undersigned counsel, hereby
17
requests that the Clerk enter default in this matter against LA LOUNGE LLC ("LA
18
Lounge") hereto on the ground that LA Lounge has failed to appear or otherwise
19
respond to the Complaint within the time prescribed by the Federal Rules of Civil
20
Procedure.  The Declaration of Jonah A. Grossbardt in Support of Motion for Entry of
21

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

1  Clerk's Default ("Grossbardt Decl.") filed concurrently herewith demonstrates that on

2  August 20, 2018, LA Lounge was served with the Summons and a copy of the

3  Complaint by personal service, by serving its registered agent, Mr. Larry Solomon,

4  2521 West Manchester Boulevard, Inglewood, California, 90305.  The time allowed

5  for LA Lounge to respond to the Complaint has expired.  Neither Plaintiff nor the

6  Court has granted LA Lounge an extension of time to respond to the Complaint.  LA

7  Lounge has failed to answer or otherwise respond to the Complaint, or serve a copy of

8  any Answer or other response upon Plaintiff's attorney of record.

9      Plaintiff is informed and believes that LA Lounge is a corporation and is not

10  considered an infant or incompetent person.  Plaintiff is informed and believes that the

11  Servicemembers Civil Relief Act does not apply.

12      WHEREFORE, Plaintiff Bryan E. Glynn requests that a default be entered by

13  the Clerk against La Lounge LLC and for such other and further relief as to the Court

14  deems just and proper in the premises.

15  DATED:  September 11, 2018      */s/ Jonah A. Grossbardt*
                                    JONAH A. GROSSBARDT
16                                  **SRIPLAW, P.A.**
                                    Attorneys for Plaintiff Bryan E. Glynn

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA