Jonah A. Grossbardt (State Bar No. 283584)
**SRIPLAW, P.A.**
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorney for Plaintiff
BRYAN E. GLYNN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. GLYNN,<br><br>                              Plaintiff,<br><br>v.<br><br>LA LOUNGE LLC<br><br>                              Defendant. | Case No.: 2:18-cv-06774-VAP (SKx)<br><br>**DECLARATION OF JONAH A. GROSSBARDT IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT** |

I, Jonah A. Grossbardt, declare and say:

    1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff BRYAN E. GLYNN ("Plaintiff") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of

Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.  On August 7, 2018, Plaintiff filed its Complaint against Defendant La Lounge LLC ("LA Lounge") [ECF 1].

3.  On August 20, 2018, LA Lounge was served with the Summons and a copy of the Complaint by personal service, by serving its Registered Agent, Mr. Larry Solomon, 2521 West Manchester Boulevard, Inglewood, California, 90305. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that was served by personal service with its Summons and a copy of the Complaint.

4.  The time allowed for LA Lounge to respond to the Complaint has expired.

5.  LA Lounge has not been granted an extension of time to respond to the Complaint.

6.  LA Lounge has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Plaintiff's attorneys of record.

7.  I am informed and do not believe that LA Lounge is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

**SRIPLAW, P.A.**
LOS ANGELES, CALIFORNIA

1  I declare under perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on September 11, 2018 at Los Angeles, California.

/s/ Jonah A. Grossbardt
JONAH A. GROSSBARDT

# Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| BRYAN E. GLYNN, <br><br> *Plaintiff(s)* <br> v. <br> LA LOUNGE LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:18-cv-06774 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LA Lounge LLC
Serve: Registered Agent
Mr. Larry Solomon
2521 West Manchester Boulevard
Inglewood, CA 90305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonah A. Grossbardt
SRIPLAW, P.A.
1801 Century Park East
Suite 1100
Los Angeles, CA 90067
323.364.6565 - Telephone    jonah.grossbardt@sriplaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/09/2018

B. Moss
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-06774

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    LA LOUNGE LLC

was received by me on *(date)* AUGUST 12TH, 2018 .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LARRY SOLOMON AS REGISTERED AGENT FOR SERVICE , who is designated by law to accept service of process on behalf of *(name of organization)* LA LOUNGE LLC

2521 WEST MANCHESTER BLVD INGLEWOOD, CA 90305 on *(date)* 08/20/18 AT 6:05 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:   AUGUST 24TH, 2018

*Server's signature:* Bonita Haller

BONITA HALLER - LA COUNTY REG# 2018029861

*Printed name and title*

LA PROCESS SERVERS
6775 SANTA MONICA BLVD #4-274
LA, CA 90038

*Server's address*

Additional information regarding attempted service, etc:

LIST OF DOCUMENTS SERVED;

SUMMONS; COMPLAINT; NOTICE TO PARTIES OF COURT DIRECTED ADR PROGRAM